(94 South. 921)

JONES et al. v. WOODWARD IRON CO.  (6 Div. 723.)  (Supreme Court of Alabama.  Jan. 25, 1923.)  Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.  Transferred from Court of Appeals.  Pinkney

Scott, of Bessemer, for appellants. Huey & Welch, of Bessemer, for appellee.

PER CURIAM. Dismissed by agreement.